IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00205-CV

 

Dan Werlinger, Terri Werlinger

and Eagle Anesthesia Associates PLLC,

                                                                      Appellants

 v.

 

Brian Andersen, Individually and 

for D&B Anesthesia Associates PLLC,

                                                                      Appellee

 

 

 



From the County Court at Law

Ellis County, Texas

Trial Court No. 05-C-3011

 



MEMORANDUM  Opinion










 

          Dan and Terri Werlinger filed a notice
of appeal from an adverse judgment in the trial court.  The Werlingers filed
affidavits of indigence which were contested.  The trial court sustained the
contests and ordered the Werlingers to pay the costs of the action.

          Since that determination, the Clerk of
this Court notified Dan and Terri Werlinger by letter that the original filing
fee was past due.  The Clerk warned the Werlingers that if, within 10 days from
the date of the letter, they failed to pay the filing fee “this cause will be
presented to the Court for dismissal of this appeal in accordance with Tex. R. App. P. 42.3(c).”  More than 10
days have passed, and we have not received the original filing fee.

          Absent a specific exemption, the Clerk
of the Court must collect filing fees at the time a document is presented for
filing.  Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (July 21, 1998).  See
also Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 5; Tex. Gov’t Code Ann. § 51.207(b)
(Vernon 2005).  Under these circumstances, we suspend the rule and order the
Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.  

          This appeal is dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed February 7, 2007

[CV06]






lign=left size=1 width="33%">



[1]
Counsel for Dechaume on appeal is the same as counsel at trial.